[No. 48075-1-II. Division Two. February 7, 2017.]

TED SPICE, *Appellant*, v. BRYAN BARTELSON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-2-09529-1, Elizabeth P. Martin, J., entered September 11, 2015. *Reversed* and *remanded with instructions* by unpublished opinion per Sutton, J., concurred in by Bjorgen, C.J., and Worswick, J.

[No. 48112-0-II. Division Two. February 7, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAWN MICHAEL TILLERY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-1-01044-5, Vicki L. Hogan, J., entered September 3, 2015. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Johanson and Sutton, JJ.

[No. 48180-4-II. Division Two. February 7, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. MALACHI MARK WATKINS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 15-1-01230-4, Gregory M. Gonzales, J., entered October 15, 2015. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Worswick and Sutton, JJ.

[No. 48231-2-II. Division Two. February 7, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. S.B., *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 15-8-00273-1, Chris Wickham, J., entered September 28, 2015. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Bjorgen, C.J., and Johanson, J.